# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel VALLEJO<br>Laredo, TX<br>US<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 23, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Joshua Steele
*Complainant's signature*

Joshua Steele , Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: December 26, 2019

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon , U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Miguel Angel VALLEJO | Case Number: |

1.  On Monday, December 23, 2019, at approximately 5:15 p.m., a Laredo North Border Patrol Agent (BPA) encountered a gold Chevrolet Tahoe at the primary inspection lane at the U.S. Immigration Inspection Checkpoint located on mile marker 29 on Interstate Highway 35 north of Laredo, Texas in Webb County. The BPA conducted an immigration inspection on the occupants of the vehicle. The driver, later identified as Miguel Angel Vallejo stated that he was a United States Citizen. The BPA then asked the front passenger, later identified as Micaela Bonifacia Baten-Rojas, if she was a U.S. Citizen but she did not respond to the question. The BPA then asked for any forms of identification to which Baten-Rojas stated that she had forgotten her purse. The vehicle and its occupants were referred to the secondary inspection area for further investigation. While in the secondary inspection area, Baten-Rojas freely admitted to being a citizen of Guatemala who was illegally present in the United States. Vallejo and Baten-Rojas were placed under arrest and moved into the checkpoint for processing.

2.  While inside the U.S. Immigration Checkpoint Miguel Angel Vallejo was read his Miranda Rights by BPAs. Vallejo acknowledged his rights by signing the CBP Form I-214, however, chose to invoke his rights to legal counsel. All questions ceased immediately.

3.  Micaela Bonifacia Baten-Rojas was identified as a Material Witness in the case. Baten-Rojas stated she is a national or citizen of Guatemala, and made arrangements with an unknown man in Mexico to be smuggled into the United States by paying $2,000.00 U.S. Dollars. Baten-Rojas further stated that she unlawfully entered the United States by swimming across the Rio Grande River on November 23, 2019, and then taken to a house where she waited for a month before attempting to go further into the United States. Baten-Rojas stated that on Monday, December 23, 2019, she flagged down a vehicle and asked the driver, Miguel Angel Vallejo, to take her to Houston, Texas. Baten-Rojas stated that she informed Vallejo that she was illegally present in the United States and would pay him $1,000.00 U.S. Dollars to transport her to Houston, Texas. Vallejo agreed to the terms and instructed her to say "yes" when asked questions by the Border Patrol at the Immigration Checkpoint. Baten-Rojas was presented with a six person photo line-up where she positively identified Miguel Angel Vallejo as the driver of the vehicle which she made arrangements with for her transportation.

SUBSCRIBED and SWORN to before me on

_____26th_____ day of _____December, 2019_____

_____
Signature of Judicial Officer

/S/ Steele, Joshua    Border Patrol Agent
Signature of Complainant